STATE *vs.* BOGGS, ET AL.

*Criminal Law—Indictment—Breaking and Entering Building in the day time— Words " wilfully and unlawfully " essential —Pleading.*

In an indictment for breaking and entering a building in the day time the words "wilfully and unlawfully" are essential.

(*September 18, 1902.*)

LORE, C. J., and SPRUANCE and BOYCE, J. J., sitting.

*Herbert H. Ward,* Attorney-General, for the State.

*L. Irving Handy* and *John W. Brady* for the defendants.

Court of General Sessions, New Castle County, September Term, 1902.

INDICTMENT FOR BREAKING AND ENTERING a building in the day time.

The defendant was indicted as above, under *Section 1, Revised Code, 940.* The indictment alleged that the defendant "feloniously" broke into a building in the day time, etc.

*Handy,* for defendant, moved to quash the indictment on the ground that the statute (*Section 1, Revised Code, 940*) makes this offense a misdemeanor, whereas the indictment charges it as a felony.

*Mr. Ward:*—However felonious it might be, the words "wilfully" and "unlawfully" are left out, and I consider it a fatal defect.

LORE, C. J.:—We order the indictment quashed.